# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RASAEI RAMA, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00232-KES-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*; DENYING MOTION FOR EXTENSION OF TIME AS MOOT<br><br>(ECF Nos. 2, 5, 6) |

　　　　Plaintiff Ahkeem Williams filed a complaint on February 21, 2025, bringing potential privacy and sexual harassment claims against Defendants. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) From that application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma pauperis* and therefore directed Plaintiff to file a long form application. (ECF No. 3.) On March 6, 2025, Plaintiff timely complied and filed a long form application. (ECF No. 5.)

　　　　On March 6, 2025, the Court received a motion for a twenty-one day extension of time to file an application to proceed *in forma pauperis*. (ECF No. 6.) Because the Court is in receipt of Plaintiff's completed application, the Court shall deny Plaintiff's request for an extension of time as moot.

　　　　The Court finds Plaintiff's application demonstrates entitlement to proceed without

prepayment of fees. Notwithstanding this order, the service of the complaint shall not be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed *in forma pauperis* (ECF Nos. 2, 3) is GRANTED;
2. Defendant's motion for a twenty-one day extension of time to file an application for *in forma pauperis* is DENIED as moot; and
3. **Service of the complaint shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated:  **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge