# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKEEM WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>RASAEI RAMA,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00232-KES-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF No. 14) |

Plaintiff, who is proceeding pro se and in forma pauperis, filed his first amended complaint on April 17, 2025, which the Court screened on May 12, 2025. (ECF Nos. 9, 13.) Finding that Plaintiff had not stated a claim upon which relief could be granted, the Court gave Plaintiff 30 days to file a second amended complaint. (ECF No. 13.) Plaintiff failed to timely file a second amended complaint, and on June 17, 2025 the Court issued findings and recommendations recommending that the District Judge dismiss this case for failure to state a claim, failure to prosecute, and failure to comply with a court order. (ECF No. 14.) The Court noticed Plaintiff that he had 14 days in which to file objections, and on June 27, 2025, Plaintiff filed objections.

Upon review of the objections, it appears that Plaintiff is indeed attempting to file a second amended complaint. Given that Plaintiff is pro se, the Court will vacate its findings and recommendations and allow 30 days for Plaintiff a final time to file a second amended complaint. Should Plaintiff miss this deadline, the Court will recommend that this action be

dismissed.

Accordingly, the Court HEREBY ORDERS that:

1. The June 17, 2025 findings and recommendations are VACATED (ECF No. 14);

2. Plaintiff shall have **thirty (30) days** from the date of service of this order in which to file a second amended complaint that addresses the deficiencies the Court addressed in its May 12, 2025 screening order (ECF No. 13);

3. The second amended complaint, including attachments, shall not exceed twenty-five (25) pages in length;

4. The Clerk is hereby DIRECTED to mail a copy of the Court's May 12, 2025 screening order to Plaintiff (ECF No. 13) and a civil complaint form; and

5. **This is the final time the Court will give Plaintiff leave to amend. If Plaintiff fails to file a second amended complaint in compliance with this order, the Court will recommend to a district judge that this action be dismissed consistent with the reasons stated in this order and the Court's May 12, 2025 screening order.**

IT IS SO ORDERED.

Dated: **June 30, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2