# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>RASAEI RAMA, et al.,<br><br>Defendants. | Case No. 1:25-cv-00232-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE DEFENDANT RASAEI RAMA AS A DEFENDANT IN THIS ACTION<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR THIRTY DAY EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(ECF Nos. 18, 19)<br><br>**THIRTY DAY DEADLINE** |

On July 25, 2025, Plaintiff filed a motion to dismiss his claim against Defendant Rasaei Rama, which the Court construes as a notice of voluntary dismissal of Rasaei Rama as a Defendant in this action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 18.)

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993).

In this action, Defendant Rasaei Rama has not filed an answer or motion for summary judgment.

Additionally, on July 25, 2025, Plaintiff filed a motion for a thirty day extension of time to file a second amended complaint against the remaining defendant, Kaweah Health Mental Health. (ECF No. 19.)  The Court finds good cause to grant Plaintiff's motion.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension to file a second amended complaint (ECF No. 19) is GRANTED; and

2. Plaintiff shall have an additional **thirty (30) days** to file a second amended complaint.

Further, the Clerk of the Court is HEREBY ORDERED to TERMINATE Defendant Rasaei Rama as a Defendant in this action.

IT IS SO ORDERED.

Dated:   **July 28, 2025**

STANLEY A. BOONE
United States Magistrate Judge