# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAWEAH HEALTH MENTAL HEALTH,<br><br>　　　　Defendant. | Case No. 1:25-cv-00232-KES-SAB<br><br>ORDER DENYING MOTION FOR FORTY-FIVE DAY EXTENSION OF TIME<br><br>(ECF No. 22) |

On July 28, 2025, Plaintiff, who is proceeding pro se, filed a motion for a forty-five-day extension of time in which to comply with the Court's June 30, 2025 order that directed Plaintiff to file a second amended complaint. (ECF No. 22.) However, earlier that same day, the Court entered an order granting an earlier request from Plaintiff that sought a thirty-day extension. (ECF No. 20.) Because the Court has already granted the relief Plaintiff seeks presently, the Court DENIES the pending motion without prejudice.

IT IS SO ORDERED.

Dated: **July 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge