# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAWEAH HEALTH MENTAL HEALTH,<br><br>　　　　Defendant. | Case No. 1:25-cv-00232-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 24) |

　　　　On August 5, 2025, Plaintiff filed a motion to dismiss his claim, which the Court construes as a notice of voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (ECF No. 18.)

　　　　"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). The only remaining Defendant in this action, Kaweah Health Mental Health, has not filed an answer or motion for summary judgment; thus, the notice of voluntary dismissal is effective under Rule 41(a)(1).

Accordingly, the Clerk of the Court is HEREBY DIRECTED to adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **August 6, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge